Exhibit "5"
**Stipulation of Dismissal**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> ANGELINA SEMICHAN, ET AL., <br><br> Defendants. | 24-cv-1922 (EK)(SJB) <br><br> STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE SOLELY AS TO PARAGAS MULTI SERVICES, INC. AND ANGELINA SEMICHAN |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, as follows:

1. Any and all claims and defenses by and between Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company and Allstate Property and Casualty Insurance Company (collectively "Plaintiffs"), on the one hand, and Paragas Multi Services, Inc. and Angelina Semichan ("Defendants"), on the other, are hereby voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

2. Plaintiffs and Defendants shall pay their own costs and attorneys' fees.

3. This Stipulation and Order of Voluntary Dismissal is solely limited to discontinuing claims by and between the parties hereto.

Dated: New York, New York
~~August \_\_\_, 2024~~
September 24, 2024

**MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ Lee Pinzow
    Robert A. Stern, Esq.
    James A. McKenney, Esq.
    Lee Pinzow, Esq.
    100 Wall Street, Suite 700
    New York, New York 10005
    *Counsel for Plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company and Allstate Property and Casualty Insurance Company*

**SCHWARTZ, CONROY & HACK PC**

By: [signature]
    Matthew Conroy, Esq.
    Robert Hewitt, Esq.
    666 Old Country Road, Suite 900
    Garden City, New York 11530
    *Counsel for Angelina Semichan and Paragas Multi Services, Inc.*

**SO ORDERED**

_____
Eric. R. Komitee, U.S.D.J.

Dated:_____, 2024